IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.

MARK A. FORKNER (01)

**No. 4:21-cr-00268-O**

### UNITED STATES' UNOPPOSED MOTION FOR STIPULATED PROTECTIVE ORDER GOVERNING DISCOVERY

Pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, the United States, by and through undersigned counsel, respectfully moves for a stipulated protective order governing discovery, and states in support thereof:

1. The indictment in this case charges the defendant with Fraud Involving Aircraft Parts in Interstate Commerce, in violation of 18 U.S.C. § 38(a)(1)(C), and Wire Fraud, in violation of 18 U.S.C. § 1343.

2. The discovery in this case contains sensitive, proprietary, and confidential financial and business information, the unprotected disclosure of which could create a substantial risk of harm to non-parties.

3. The parties have met and conferred regarding the proposed protective order, and the defendant does not oppose this motion and agrees to the proposed protective order.

Wherefore, the United States respectfully requests that the Court enter the proposed stipulated protective order governing discovery.

Respectfully submitted,

JOSEPH S. BEEMSTERBOER                CHAD E. MEACHAM
Acting Chief, Fraud Section            Acting United States Attorney
Criminal Division                     Northern District of Texas
United States Department of Justice


By: _s/ Cory E. Jacobs_____        By: _s/ Alex C. Lewis_____
    Cory E. Jacobs, Trial Attorney        Alex C. Lewis, Assistant U.S. Attorney
    New York Bar No. 4761953              Missouri Bar No. 47910
    cory.jacobs@usdoj.gov                 alex.lewis@usdoj.gov

    Michael T. O'Neill, Assistant Chief   United States Attorney's Office
    New York Bar No. 4689782              Northern District of Texas
    michael.t.oneill@usdoj.gov            801 Cherry Street, 17th Floor
                                          Fort Worth, TX 76102
    Scott Armstrong, Trial Attorney       817-252-5200
    District of Columbia Bar No. 993851
    scott.armstrong@usdoj.gov

    United States Department of Justice
    Criminal Division, Fraud Section
    1400 New York Avenue, N.W.
    Washington, D.C. 20005
    202-514-2000

## <u>CERTIFICATE OF CONFERENCE</u>

Pursuant to Local Rule of Criminal Procedure 47.1(b), I certify that the government met and conferred with the defendant, through counsel, before filing this motion, and that this motion is unopposed and stipulated by the parties.

*s/ Cory E. Jacobs*

Cory E. Jacobs

Trial Attorney, Fraud Section
