# EXHIBIT A

# JUROR QUESTIONNAIRE

**The case before you is** <u>United States v. Mark Forkner.</u> **Mr. Forkner is charged with wire fraud and fraud in connection with aircraft parts in interstate commerce with regards to the Boeing 737 MAX aircraft. Please answer all the questions contained in this questionnaire. Please use the last page if you need more room to complete your answers to these questions.**

1. Full Name: _____ **Age:** _____

2. Where do you work and what is your job? If unemployed or retired, please answer for last job held:
   _____

3. What jobs have you held in the past?_____

4. Have you ever been responsible for hiring, firing or supervising employees?  ❑ YES   ❑ NO

5. How far did you go in school?  If college, please list any degree(s) you have received:  _____
   _____

6. For any other person in your household, where do they work and what is their job? If not employed, what/where was their last job held?_____

7. Have you, any family members or close friends ever worked for or done business with any local, state, or federal law enforcement agency, or the Federal Aviation Administration (FAA)? ❑ YES ❑ NO If **YES**, who and what agency?
   _____
   _____

8. Do you or any close friends or family members work for The Boeing Company or any U.S.-based airline?
   ❑ YES  ❑ NO  If **YES**, which company/airline and what is the nature of their job: _____
   _____

9. Have you heard or read about Mark Forkner or this case? ❑ YES  ❑ NO If **YES**:
   a. How many times? _____  b. What have you seen, heard or read? _____
   _____

10. Have you formed any opinions about whether Mark Forkner is guilty of the charges against him?
    ❑ YES  ❑ MAYBE  ❑ NO  If **YES** or **MAYBE**, please explain: _____
    _____

11. What are your feelings about flying on a Boeing 737 MAX? _____
    _____

12. Is there anything about your airplane travel experience that would affect your ability to be a fair and impartial juror in this case? ❑ YES  ❑ NO If **YES**, please explain:_____
    _____

13. How many times have you served as a juror in:
    ❑ Civil case_____times  ❑ Criminal case_____ times  ❑ Grand jury_____ times  ❑ Never served
    a. What type(s) of criminal case(s)?_____
    b. Did the jury reach a verdict? ❑ YES   ❑ NO
    c. Were you ever the foreperson?  ❑ YES   ❑ NO

14. Other than a traffic ticket, have you, any family members or close friends ever been accused, arrested, indicted, charged, pled guilty to, convicted or acquitted of any criminal offense? ❑ YES  ❑ NO  If **YES**, please explain:
    _____

15. Please list three words to describe yourself:
   a._____ b._____ c._____

16. What are your usual sources for national news? Feel free to list as many as apply: _____

   _____

17. Please list the 3 people you admire most:
   a._____ b._____ c._____

18. Please list the 3 people you admire least:
   a._____ b._____ c._____

19. Do you have any strong feelings one way or the other about the U.S. Department of Justice, the police, or any other law enforcement agency such as the FBI that you believe could possibly affect your ability to be a fair and impartial juror in this case? ❏ YES  ❏ NO If **YES**, please explain: _____

   _____

20. Do you have any strong feelings about the Federal Aviation Administration or any other government agency that you believe could possibly affect your ability to be a fair and impartial juror in this case? ❏ YES  ❏ NO  If **YES**, please explain: _____

   _____

21. Do you have any strong feelings about required professional training that you believe could possibly affect your ability to be a fair and impartial juror in this case? ❏ YES  ❏ NO  If **YES**, please explain: _____

   _____

22. Have you or has anyone you know well ever worked in a regulated industry? ❏ YES  ❏ NO If **YES**:
   a.  Which industry? _____
   b.  Is there anything about that experience that could possibly affect your ability to be a fair and impartial juror in this case? ❏ YES  ❏ NO  If **YES**, please explain: _____

23. Do you hold any views, beliefs, or opinions that would make it difficult for you to sit in judgment of another person? ❏ YES  ❏ NO  If **YES**, please explain:_____

   _____

24. The defendant is presumed to be innocent of the charges in this case: It is the government's burden to prove the defendant guilty of the charges beyond a reasonable doubt. If you conclude that the government has met its burden of proof on a particular charge, will you be able to return a verdict of guilty as to that charge? ❏ YES  ❏ NO If **NO**, please explain: _____

   _____

25. If you conclude that the government has not met its burden of proof on a particular charge, will you be able to return a verdict of not guilty as to that charge? ❏ YES  ❏ NO  If **NO**, please explain: _____

   _____

26. Is there any information from this questionnaire or otherwise that you believe would impact whether you can be a fair and impartial juror in this case? ❏ YES  ❏ NO If **YES**, please explain: _____

   _____

| Question No. | Answer |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |