IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | **Criminal Action No. 4:21-CR-00268-O** |
| § | |
| **MARK A. FORKNER (01)** § | |
| § | |
| **Defendant.** § | |

## ORDER

This Order modifies the Court's Scheduling Order (ECF No. 12) and subsequent amendments. The Court **ORDERS** each party to file all copiable exhibits that the party intends to offer at trial, except those offered solely for impeachment, by **Friday, March 11, 2022**. The parties must file with the Clerk and deliver to all other parties and the court reporter, separate lists of exhibits and witnesses, except those offered solely for impeachment, no later than **12:00 noon** on the **Thursday, March 10, 2022**.

A list of exhibits must describe with specificity the documents or things in numbered sequence. The documents or things to be offered as exhibits must be numbered by attachment of labels to correspond with the sequence on the exhibit list and identify the party submitting the exhibit. The exhibit list must include three columns with the headings Offered, Identified, and Admitted. Each party's exhibit list must also be accompanied by a written statement as to each exhibit shown on the list that:

1) the parties agree to the admissibility of the exhibit; or

2) the admissibility of the exhibit is objected to, identifying the nature and legal basis of any objection to admissibility.

1

The parties shall cooperate in preparing such statements in a timely manner for filing with the exhibit lists. Counsel for the party proposing to offer an exhibit shall be responsible for coordinating activities related to preparation of such a statement as to the exhibit the party proposes to offer. This includes an obligation to make exhibits available for inspection in advance of the deadline for filing exhibit lists where a party needs to see exhibits to assess admissibility. The Court may exclude any exhibit offered at trial unless such a statement regarding the exhibit has been filed in a timely manner. In addition, objections not identified in the statement may be waived.

In all other respects, the Court's Scheduling Order (ECF No. 12) and subsequent amendments remain in effect.

**SO ORDERED** this **28th day** of **February, 2022**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE