IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § § § | |
| v. | § § | Criminal Action No. 4:21-CR-00268-O |
| MARK A. FORKNER (01) | § § § | |
| Defendant. | § | |

## ORDER

Before the Court is the Joint Motion to Continue Deadline to File Exhibits and Exhibit Lists (ECF No. 150), filed March 10, 2022. The Court **GRANTS** the motion and **ORDERS** the parties to file their respective exhibit lists, witness lists, and exhibits as ordered in ECF No. 134 no later than **Monday, March 14, 2022**. The Court also **GRANTS** leave to file their respective exhibits under seal at this pre-trial time, pending their admission at trial.

**SO ORDERED** this **10th day** of **March, 2022**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE