IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:21-CR-00268-O |
| MARK A. FORKNER (01) | |

### UNITED STATES' MOTION FOR AN INSTRUCTION FROM THE COURT

The United States, by and through the undersigned counsel, respectfully requests that the Court provide the following instruction to the jury at the beginning of trial, and the first time the topic of any crash of a 737 MAX is referenced at trial, and as part of the Court's final instructions to the jury. To that end, the United States respectfully requests that the Court provide the following instruction to the jury about any crash of a 737 MAX:

> At this time, I would like to instruct the jury that the government does not allege that Mr. Forkner caused any plane crash. Mr. Forkner is not charged with causing any plane crash. He is charged with four counts of wire fraud. Your job as jurors is to determine only whether the government has proved beyond a reasonable doubt that Mr. Forkner committed those wire fraud offenses, and to follow the Court's instructions.

The above-referenced instruction would ensure that both parties have a fair trial by reminding the jury about the issues that they are to decide and the permissible bases upon which they may render a verdict.

Respectfully submitted,

| | |
|---|---|
| JOSEPH S. BEEMSTERBOER<br>Acting Chief, Fraud Section<br>Criminal Division<br>United States Department of Justice | CHAD E. MEACHAM<br>United States Attorney<br>Northern District of Texas |

By: *s/ Cory E. Jacobs*  
    Cory E. Jacobs, Assistant Chief  
    New York Bar No. 4761953  
    cory.jacobs@usdoj.gov

    Michael T. O'Neill, Assistant Chief  
    New York Bar No. 4689782  
    michael.t.oneill@usdoj.gov

    Scott Armstrong, Assistant Chief  
    District of Columbia Bar No. 993851  
    scott.armstrong@usdoj.gov

    United States Department of Justice  
    Criminal Division, Fraud Section  
    1400 New York Avenue, N.W.  
    Washington, D.C. 20005  
    202-514-2000

By: *s/ Alex C. Lewis*  
    Alex C. Lewis, Assistant U.S. Attorney  
    Missouri Bar No. 47910  
    alex.lewis@usdoj.gov

    United States Attorney's Office  
    Northern District of Texas  
    801 Cherry Street, 17th Floor  
    Fort Worth, TX 76102  
    817-252-5200

## **CERTIFICATE OF CONFERENCE**

I certify that I conferred with David Gerger, counsel for the defendant, who is unopposed to this motion.

    *s/ Cory E. Jacobs*  
    Cory E. Jacobs, Assistant Chief  
    United States Department of Justice  
    Criminal Division, Fraud Section