IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.

MARK FORKNER (01)

Case No. 4:21-CR-00268-O

## DEFENDANT MARK FORKNER'S EXHIBIT LIST

| Exhibit Number | Sponsoring Witness | Description Of Exhibit | Offered | Identified | Admitted |
|---|---|---|---|---|---|
| 1 | | 3/7/16 Jens email to Forkner re training storyboard | | | |
| 2 | | 3/8/16 Jens email to Forkner re: MCAS training description | | | |
| 3 | | 3/11/16 Walsh email re: MCAS/ training module | | | |
| 4 | | 3/15/16 Email re: Gangar MCAS description; Forkner is "pushing to remove MCAS" | | | |
| 5 | | 3/29/16 Jens email to Forkner re "MCAS in both FCCs" | | | |
| 6 | | 3/30/16 Forkner email to Klein re: MCAS removal | | | |
| 7 | | 3/30/16 MCAS Coord Sheet, Rev. D | | | |
| 8 | | 2/1/18 Klein email to FAA re: Strength in Proximity | | | |
| 9 | | 8/11/17 Mazza email attaching Flight Controls CSID | | | |
| 10 | | Discrepancy Report ("DR") 1079 | | | |
| 11 | | Forkner Excellence Award | | | |

| Exhibit Number | Sponsoring Witness | Description Of Exhibit | Offered | Identified | Admitted |
|---|---|---|---|---|---|
| 12A | | July 2016 Technical Familiarization conference - TCCA/FAA/Boeing – invite with agenda | | | |
| 12B | | Email with link to presentation materials for July 2016 Tech Fam | | | |
| 12C | | July 2016 Tech Fam presentation materials | | | |
| 13A | | 7/28/16 Boeing/FAA meeting Email – meeting summary 7/28/16 Boeing/FAA meeting | | | |
| 13B | | Greene's handwritten notes on 7/28/16 presentation materials | | | |
| 13C | | 7/28/16 presentation materials | | | |
| 14A | | October 2016 Technical Familiarization conference - IAC AR/FAA/Boeing - invite | | | |
| 14A1 | | Agenda attached to invite | | | |
| 14B | | October 2016 Tech Fam presentation materials | | | |
| 14C | | Excerpt of October 2016 Tech Fam presentation materials | | | |
| 14D | | 11/23/16 transmittal of October 2016 Tech Fam materials to FAA | | | |
| 15A | | 10/18/16 Boeing submits to FAA - "Deliverable 9" Enhanced Flight Control System, System Description, Rev. O - letter | | | |
| 15B | | Excerpt of attached "Deliverable 9" Rev. O | | | |
| 16A | | 11/1/16-11/3/16 EASA | | | |

DEFENDANT MARK FORKNER'S EXHIBIT LIST                     2

| Exhibit Number | Sponsoring Witness | Description Of Exhibit | Offered | Identified | Admitted |
|---|---|---|---|---|---|
| | | (European Aviation Safety Agency) Validation Flight Test - EASA/FAA/Boeing – email attaching minutes | | | |
| 16B | | November EASA/FAA presentation | | | |
| 16C | | Letter transmitting Nov 2016 EASA/FAA presentation materials | | | |
| 16D | | EASA/FAA November meeting minutes | | | |
| 17 | | November 2016 TCCA Validation presentation | | | |
| 18 | | 11/4/16 Panel 4 meeting - EASA/ FAA/ Boeing | | | |
| 19A | | December 2016 CAAC (China) Validation meetings - CAAC/FAA/Boeing – letter transmitting meeting materials | | | |
| 19B | | CAAC/FAA December 2016 presentation materials | | | |
| 19C | | CAAC/FAA December 2016 presentation materials | | | |
| 20A | | April 2017 Technical Familiarization conference - FAA/Boeing/foreign regulators - invite | | | |
| 20B | | April 2017 Tech Fam – agenda/presentation materials (full) | | | |
| 20C | | April 2017 Tech Fam – agenda/presentation materials (excerpt) | | | |

| Exhibit Number | Sponsoring Witness | Description Of Exhibit | Offered | Identified | Admitted |
|---|---|---|---|---|---|
| 21A | | May 2017 Technical Familiarization conference - Singapore/Brazil/foreign regulators/FAA/Boeing – invite | | | |
| 21B | | Letter and May 2017 Tech Fam conference presentation (full) | | | |
| 21C | | Letter and May 2017 Tech Fam conference presentation (excerpt) | | | |
| 22 | | MAX First Flight photos | | | |
| 23A | | Forkner Coord Sheet – operational requirement – autopilot engage inhibit | | | |
| 23B | | Forkner Coord Sheet – requirement for flight deck panels | | | |
| 23C | | Forkner Coord Sheet – crew input of runway condition | | | |
| 23D | | Forkner Coord Sheet – flight crew operations – bowed rotor motoring | | | |
| 23E | | Forkner Coord Sheet – change to EGT Limit for Engine in Flight Start Procedure | | | |
| 23F | | Forkner Coord Sheet – Flight Crew Reaction Time to Engine Fire | | | |
| 23G | | Forkner Coord Sheet – Engine Display Limits | | | |
| 23H | | Forkner Coord Sheet – Flight Crew Interface – Anti-Ice System | | | |
| 23I | | Forkner Coord Sheet – 737 | | | |

| Exhibit Number | Sponsoring Witness | Description Of Exhibit | Offered | Identified | Admitted |
|---|---|---|---|---|---|
| | | MAX Display Crew System Interface Document | | | |
| 23J | | Forkner Coord Sheet – Revise PFD Compass Card Orientation | | | |
| 23K | | Forkner Coord Sheet – Navigation System – Flight management system | | | |
| 23L | | Forkner Coord Sheet – LPV Implementation Strategy | | | |
| 23M | | Forkner Coord Sheet – Ice Protection Flight Related | | | |
| 23N | | Forkner Coord Sheet – removing TAT DISAGREE message | | | |
| 24A | | Boeing Compensation- Leverkuhn/Loffing/Forkner – Leverkuhn Work History | | | |
| 24B | | Leverkuhn compensation | | | |
| 24C | | Leverkuhn Grant Summary | | | |
| 24D | | Leverkuhn Grant Summary | | | |
| 24E | | Loffing Work History | | | |
| 24F | | Loffing compensation | | | |
| 24G | | Forkner compensation | | | |
| 24H | | Forkner Work History | | | |
| 25 | | 9/13/12 Ewbank email to Jacobs re: High Speed Pitch Up | | | |
| 26 | | 9/28/12 Jens email to engineers re: MCAS operation | | | |
| 27 | | 11/1/12 email re: MCAS hazard assessment | | | |
| 28 | | 12/11/12 SWA email with MAX airplane configuration | | | |
| 29 | | 2013 Boeing "ITRACS" - re: use of term MCAS | | | |

| Exhibit Number | Sponsoring Witness | Description Of Exhibit | Offered | Identified | Admitted |
|---|---|---|---|---|---|
| 30 | | 12/18/12 Boeing email re: presentations to FAA 12/17/12 | | | |
| 31A-B | | 3/29/13 email re: Crew Ops Team assignments | | | |
| 32 | | 5/6/14 Forkner email to Jens, Pratt re: systems summary for FAA | | | |
| 33 | | 5/7/14 Pratt email to Forkner re outline of systems summary for FAA | | | |
| 34 | | 5/21/14 Forkner email re: SWA ground rules for MAX program | | | |
| 35A | | May 2014 Boeing presentation to FAA re: MAX | | | |
| 35B | | May 2014 Boeing presentation to FAA - minutes | | | |
| 35C | | May 2014 Boeing presentation to FAA – Greene's notes | | | |
| 36 | | 8/6/14 Leverkuhn email re: MAX training | | | |
| 37 | | 8/7/14 Demir email to Palacio/Chamberlain attaching Coord Sheet for MAX Cockpit panels for Flight Controls Functions | | | |
| 38 | | 1/12/15 meeting invite from Teal to Loffing, et al re: RCAS – training | | | |
| 39 | | 1/15/15 Demir email to Palacio re: available CSIDs | | | |
| 40 | | 1/15/15 internal FAA email re: NG/MAX RCAS February meeting with Boeing | | | |

| Exhibit Number | Sponsoring Witness | Description Of Exhibit | Offered | Identified | Admitted |
|---|---|---|---|---|---|
| 41A | | 2/19/15 internal FAA "737MAX weekly meeting" - cert basis discussion with Boeing – invite | | | |
| 41B | | Attachment to 2/19/15 meeting | | | |
| 42 | | 3/5/15 Internal FAA meeting re: Boeing Position on Training Required for RCAS | | | |
| 43 | | 3/9/15 internal FAA email re: AEG/RCAS discussion | | | |
| 44 | | 3/17/15 Forkner email to Walsh re: contact with FAA re: Level B and Autopilot Saturation | | | |
| 45 | | 4/1/15 Ewbank email attaching Flight Controls CSID | | | |
| 46 | | 4/9/15 Wright email to Loffing, Teal, Forkner, et al re: AEG position re: training differences for RCAS/RSAT | | | |
| 47 | | 5/4/15 Walsh email to Forkner, Leverkuhn, and et al re the "MAX flies like the NG" | | | |
| 48 | | 5/15/15 meeting invite - FAA/Boeing re: MAX FC Jam Issue Paper | | | |
| 49 | | 5/28/15 Chamberlain email to Forkner re: updating BORIS risk | | | |
| 50 | | 6/23/15 Chamberlain email to Klein attaching 6/16/15 presentation materials | | | |
| 51 | | 8/27/15 Forkner email to Loffing, Walsh, et al re: FAA Issue Paper | | | |
| 52 | | 9/1/15 internal FAA email re: | | | |

| Exhibit Number | Sponsoring Witness | Description Of Exhibit | Offered | Identified | Admitted |
|---|---|---|---|---|---|
| | | Soft Jam, training | | | |
| 53 | | 9/1/15 internal FAA email re: Soft Jam, training | | | |
| 54 | | 9/2/2015 Forkner email to Loffing re: FAA Issue Paper | | | |
| 55 | | 9/8/15 Klein internal email re: Boeing management meeting with FAA management re: issue paper | | | |
| 56A | | 9/24/15 Palacio email to SWA attaching FCOM Vol 2 draft (excerpt) | | | |
| 56B | | Full FCOM attachment to 9/24/15 email | | | |
| 57 | | FAA Briefing powerpoint | | | |
| 58 | | 11/11/15 Forkner email to Chamberlain, Palacio re: training content for "systems pilots can't control" | | | |
| 59 | | 11/17/15 Forkner email to many Boeing re: FAA/training level determinations | | | |
| 60 | | 12/14/15 Forkner email to Teal re: Teal meeting with FAA & AEG leaders | | | |
| 61 | | FAA invite for 737 Validation General Familiarization meeting at Boeing in Renton, WA | | | |
| 62 | | 1/5/16 Andersen (Boeing) to SWA re: MAX training preliminary differences table | | | |
| 63 | | 1/15/16 Adjibly (FAA) emails "Gen Fam" agenda for meeting | | | |

| Exhibit Number | Sponsoring Witness | Description Of Exhibit | Offered | Identified | Admitted |
|---|---|---|---|---|---|
| | | at Boeing in Renton, WA to AEG Perkins, Bosselmann | | | |
| 64A | | Forkner emails to Boeing Test Pilots re MAX handling qualities experienced during test flights - 2/4/16 | | | |
| 64B | | Forkner emails to Boeing Test Pilots re MAX handling qualities experienced during test flights - 3/30/16 | | | |
| 64C | | Forkner emails to Boeing Test Pilots re MAX handling qualities experienced during test flights – 6/13/16 | | | |
| 65 | | SWA internal email attaching SWA MAX procedural differences PowerPoint | | | |
| 66 | | 2/13/16 Leverkuhn/Teal email exchange re: MAX stall characteristics mitigation | | | |
| 67 | | 2/17/16 Klein/Perkins (FAA) chat | | | |
| 68 | | 2/18/16 Forkner email to Loffing re: FAA allowed reduction in number of RECALL items | | | |
| 69 | | 2/21/16 Loffing email to Leverkuhn with "Big Rocks" and "Worry Beads" | | | |
| 70 | | 2/26/16 Leverkuhn email to Forkner re: possible negotiation at DC level re: MAX Classic | | | |
| 71 | | Final FAA/Boeing Issue Paper re: Type Rating Determination | | | |

| Exhibit Number | Sponsoring Witness | Description Of Exhibit | Offered | Identified | Admitted |
|---|---|---|---|---|---|
| | | and Training Requirements | | | |
| 72 | | Favour email to Teal, Leverkuhn attaching engineering pitch (PowerPoint) re: Stall Characteristics Early Phase 1 | | | |
| 73 | | 3/1/16 Chamberlain email to Forkner, re "risk" meeting, includes "differences training exceeds level B" | | | |
| 74 | | 3/2/2016 Teal email to Leverkuhn - Flight Sciences Update re: stall ID | | | |
| 75 | | 3/2/16 Boeing email to SWA, Flight Controls training material | | | |
| 76 | | 3/2/16 Teal email to Leverkuhn, cc: Loffing et al re MAX Stall Characteristics, potential MCAS revision | | | |
| 77A | | 3/3/16 FAA meeting with Boeing re "737MAX Type Board meeting" with attached presentation | | | |
| 77B | | Attached presentation – 3/3/16 meeting | | | |
| 78 | | Email w/ minutes for 2/26/16 Stabilizer meeting - FAA/Boeing | | | |
| 79 | | 3/8/16 Mills email to Jens, et al re: 737MAX Stalls - options of MCAS, Speed Trim System | | | |
| 80 | | 3/8/16 Forkner FW Flight Controls training module to Boeing training/Flight Tech | | | |
| 81 | | 3/8/2016 Jens email to Mills, | | | |

| Exhibit Number | Sponsoring Witness | Description Of Exhibit | Offered | Identified | Admitted |
|---|---|---|---|---|---|
| | | "start of pitch" PowerPoint "CLAA  MCAS expansion" | | | |
| 82 | | 3/9/16 Teal forwards Leverkuhn - 737MAX Stall Next Steps | | | |
| 83 | | Bogdan to Jens, et al re: 737MAX Stall Characteristics Mitigation Schedule | | | |
| 84 | | 3/14/16 Henderson to Jacobs, Burrington re: MCAS work | | | |
| 85 | | 3/17/16 Brendemihl email re: Leverkuhn request for deep dive | | | |
| 86 | | 3/21/16 Loffing email - returning to work 3/29/16 | | | |
| 87 | | 3/21/16 Teal email to Leverkuhn re: MCAS piloted evaluation | | | |
| 88 | | 3/21/16 Leverkuhn email re: results - MCAS test in CAB | | | |
| 89 | | 3/22/16 Palacio email to Forkner attaching Flight Controls CSID | | | |
| 90 | | 3/23/16 Ball email to Bogdan re: MCAS schedule | | | |
| 91 | | 3/25/16 Mills email to Jens, et al re: MCAS - Draft coord sheet | | | |
| 92 | | 3/28/16 email re: RCAS great news provisional Level B | | | |
| 93 | | Invite for 3/30/16 737MAX Leadership review - Follow Up to S&C Phase 1 Deep Dive | | | |
| 94 | | 3/30/16 Forkner email to Jens re: MCAS redundant in both FCCs? | | | |
| 95 | | 3/30/16 Endicott email MAX Stall Mitigation presentation "shared with Keith today" | | | |

| Exhibit Number | Sponsoring Witness | Description Of Exhibit | Offered | Identified | Admitted |
|---|---|---|---|---|---|
| 96 | | 3/30/16 Brendemihl email "brief summary of go-forward plan from meeting with Leverkuhn" | | | |
| 97 | | 3/30/2016 Bogdan email re: decisions made with 737 Program Leadership | | | |
| 98 | | 3/30/16 Morrow email re: Stall Characteristics issue update | | | |
| 99 | | Chamberlain email (internal Boeing) attaching Flight Controls training module | | | |
| 100 | | 4/4/16 Hildebrandt email to Landau, Forkner, Chamberlain re: MAX Risk 218 summary | | | |
| 101 | | 4/4/16 Forkner email to Boeing training - differences table "MCAS officially removed" | | | |
| 102 | | 4/5/16 Kerous (SWA) to Boeing - draft Flight Controls training | | | |
| 103A | | 4/14/16 Palacio email to SWA - MAX QRH draft (excerpt) | | | |
| 103B | | Full attached QRH | | | |
| 104 | | 4/20/16 Forkner email to flight test pilots - MAX simulator fly out support request | | | |
| 105 | | 4/20/16 Palacio email re: MAX FCOM MCAS description | | | |
| 106A | | 4/20/16 Chamberlain email re: MAX Training Level Risk Matrix Risk 218 | | | |
| 106B | | Attachment to 4/20/16 email | | | |
| 107 | | 4/20/16 Kerous (SWA) re: MAX differences training audit | | | |

| Exhibit Number | Sponsoring Witness | Description Of Exhibit | Offered | Identified | Admitted |
|---|---|---|---|---|---|
| 108 | | 4/21/16 Parkey (SWA) email re: SWA April 2016 Outstanding items | | | |
| 109 | | 4/29/16 Fong email to re: FCC RL15.2.2 for MAX E-Cab | | | |
| 110 | | 5/3/16 Loffing email retracting approval of WSRD - MCAS Stalls | | | |
| 111 | | 5/6/16 Forkner email to Leverkuhn, Teal, Loffing re: MAX training update | | | |
| 112 | | 5/10/16 meeting invite from Loffing to Forkner, Gustavsson - re: "pitch up on landing" – "significant operational aspect you should be looped in on" | | | |
| 113 | | 5/16/16 Loffing email approving one day flight testing - MCAS | | | |
| 114A | | 5/23/16 internal FAA email - Boeing PowerPoint "MAX May 2016 status for FAA - stalls" | | | |
| 114B | | Attachment to 5/23/16 email - powerpoint | | | |
| 115 | | 5/24/16 Leverkuhn email to Carriker thanking for help with MCAS stall characteristics test flight | | | |
| 116A | | PRR spreadsheet/ITRACS closures – ITRACS engine start delay | | | |
| 116B | | 6/20/16 email with PRR report attached | | | |
| 116C | | Attachment to 6/20/16 email - | | | |

| Exhibit Number | Sponsoring Witness | Description Of Exhibit | Offered | Identified | Admitted |
|---|---|---|---|---|---|
| | | PRR report | | | |
| 116D | | Excerpt of PRR report | | | |
| 116E | | ITRACS – Stall Characteristics | | | |
| 117 | | 6/15/16 Jens email re: Brief Summary - Test Flight - "what happens when we have a fault AOA or Mach number?" | | | |
| 118 | | 6/20/16 Jacobs email re: flight crew ops assignments | | | |
| 119 | | 6/20/16 Vanvoorhis email to Jens, et al re: squawk for MCAS trim event | | | |
| 120 | | 6/22/16 MCAS review meeting minutes | | | |
| 121 | | 6/23/16 Email - 6/22/16 737 MAX Program/Airplane RIO meeting minutes - Loffing approves closure of item #151 Stall Characteristics | | | |
| 122A | | 6/24/16 draft closure of PR re: flaps up stalls characteristics | | | |
| 122B | | 6/24/16 ITRACS closure – stall characteristics | | | |
| 123 | | Loffing invite - 6/30/16 meeting re: 737 MAX FCC/SCE Risks | | | |
| 124 | | 7/8/16 email re: Service Excellence award nomination - work on RCAS/RSAT training | | | |
| 125 | | 7/19/16 email re: MCAS Squawk related to disagreement in MCAS - discrepancy between local AOA signals in each FCC | | | |
| 126 | | 8/9/16 Forkner email - MAX T-2 | | | |

| Exhibit Number | Sponsoring Witness | Description Of Exhibit | Offered | Identified | Admitted |
|---|---|---|---|---|---|
| | | test passes with flying colors! | | | |
| 127 | | 8/10/16 Deal email to Forkner, et al "great news" | | | |
| 128 | | 8/16/16 Deal email -"Terrific news for our customers!" | | | |
| 129 | | 8/16/16 Forkner email - MAX Differences Training approved at Level B!!!! | | | |
| 130A | | Full Boeing FCOM, 10/3/16 | | | |
| 130B | | Excerpt Boeing FCOM, 10/3/16 | | | |
| 131 | | 9/30/16 Klein/Perkins chat "I feel this cert effort has been so integrated" | | | |
| 132A | | Motoring Indication issue and resolution – 11/3/16 email | | | |
| 132B | | Motoring Indication – 11/3/16 11:48 am email | | | |
| 132C | | Motoring Indication 11/3/16 4:03 pm email | | | |
| 132D | | Motoring Indication 11/18/16 Fligt Test Summary email | | | |
| 133A-B | | 11/9/2016 Jacobs email - Flight Crew Ops Team assignments with attachment | | | |
| 134A | | 11/2016 emergency descent issue and resolution – 11/10/16 8:48 am email | | | |
| 134B | | 11/2016 emergency descent issue and resolution – 9:56 am email | | | |
| 134C | | 11/2016 emergency descent issue and resolution – 11/30/16 email | | | |

| Exhibit Number | Sponsoring Witness | Description Of Exhibit | Offered | Identified | Admitted |
|---|---|---|---|---|---|
| 135A-B | | 11/11/16 Forkner email re: "planning directive" related to crew training requirements with excel attachment | | | |
| 136 | | 11/15/16 Forkner/Gustavsson chat re: simulator that day | | | |
| 137A | | 11/16/16 Forkner/Pratt communications – 8:14 am email | | | |
| 137B | | 11/16/16 Forkner/Pratt communications – 8:37 am call | | | |
| 137C | | 11/16/16 Forkner/Pratt communications – 8:56 am call | | | |
| 138 | | 11/16/16 Forkner/St. Germain re: missed your phone call | | | |
| 139 | | 11/17/16 Forkner email to Gustavsson re: simulator issues | | | |
| 140 | | 11/22/16 Flight Tech invite for meeting re: "FSB Review" | | | |
| 141 | | 11/22/16 Chamberlain email to Klein, et al attaching FSB report with Flight Tech comments | | | |
| 142 | | 11/28/16 FAA/Boeing meeting minutes re: 737 MAX S&C Open Items Resulting from Certification Testing | | | |
| 143 | | 11/30/16 Forkner email re: "top of descent" issues, possible changes to FCOM | | | |
| 144 | | 12/2/16 email with schedule for pilot evaluation next week | | | |
| 145 | | 12/2/16 email - E-Cab Session report for 12/1/16 E-Cab Flyout | | | |
| 146 | | 12/5/16 email re: status report - | | | |

| Exhibit Number | Sponsoring Witness | Description Of Exhibit | Offered | Identified | Admitted |
|---|---|---|---|---|---|
| | | 737MAX simulator #1 in Miami | | | |
| 147 | | 12/5/16 email re: MAX flyouts planned with engineering disciplines onsite | | | |
| 148 | | 12/6/16 email - "FYI handles much better in pitch" | | | |
| 149 | | 12/7/16 Wasikowski email to Forkner, Jens, et al re: potential 737-8 QRH revisions as result of S&C testing | | | |
| 150 | | 12/13/16 email re: status report for Boeing 737 MAX simulator - update on 12/6-12/9 special flight controls/motion tuning and testing session | | | |
| 151 | | 1/4/17 Forkner email possible changes to engine indications affecting FCOM/training | | | |
| 152 | | 1/17/17 Forkner email to Klein, re: corrections to FSB draft | | | |
| 153 | | 1/20/17 Forkner email to Klein with inputs to FSB draft | | | |
| 154 | | 2/15/17 Email re: Loffing possibly talking with FAA manager James Kline re: FSB report delay | | | |
| 155 | | 8/17/16 FAA Klein letter to Boeing provisional approval of Level B training differences | | | |
| 156 | | 2/16/17 Email re: "proving runs" not being necessary for SWA to fly MAX | | | |
| 157 | | 2/27/17 Adjibly (FAA) email to | | | |

| Exhibit Number | Sponsoring Witness | Description Of Exhibit | Offered | Identified | Admitted |
|---|---|---|---|---|---|
| | | many FAA re: 737 MAX Cert Closure, outstanding issues ahead of MAX final type board | | | |
| 158 | | 3/2/17 Leverkuhn email re: FAA appeal action strategy | | | |
| 159 | | 3/9/17 Forkner to Waltz, Lusk (SWA) re: formal approval of type rating, training level determination | | | |
| 160 | | 3/9/17 AEG email - "thank you" | | | |
| 161 | | 3/23/17 737MAX ppt given by 737 MAX Chief Mechanic, NG vs MAX Dispatch Differences | | | |
| 162A | | 3/23/17 Boeing email attaching list of DRs "DRDBReport" | | | |
| 162B | | Attachment to 3/23/17 email – DRDB report | | | |
| 163 | | 4/11/17 Forkner email to AA with link to draft FSB report | | | |
| 164 | | 4/13/17 internal FAA email re: 737 MAX Emergency Descent Control Law Change - AEG FYI | | | |
| 165 | | 4/17/17 Jens email to Forkner re: MCAS "simple explanation" | | | |
| 166 | | 5/2/2017 Perkins email to Boeing Flight Tech cc: Klein re: FSB report draft revisions | | | |
| 167 | | 6/1/17 Cashdollar award nominations for "team time off award 737MAX8 (Klein)" | | | |
| 168 | | 7/13/17 Adjibly (FAA) email - Boeing MAX "Deliverables" | | | |
| 169 | | 8/1/17 Klein/Perkins chat re | | | |

| Exhibit Number | Sponsoring Witness | Description Of Exhibit | Offered | Identified | Admitted |
|---|---|---|---|---|---|
| | | "how/if Boeing Flight Technical stays in the loop" | | | |
| 170 | | 8/10/17 Forkner email "we don't always get formally asked for a training level determination." | | | |
| 171 | | 8/15/17 AEG email re: discussion of information flow/process internally at Boeing/Boeing Flight Technical | | | |
| 172 | | 2/9/18 Forkner email to Klein re: Jedi mind tricking | | | |
| 173 | | 3/2/18 internal AEG re: internal Boeing information flow/process | | | |
| 174 | | 12/26/17 internal FAA email re: trailing edge flaps failure probabilities | | | |
| 175 | | 6/23/18 Loffing to Teal MAX Daily Executive Summary "should be framed" | | | |
| 176 | | 7/3/18 Forkner/Loffing email - Forkner going to work for SWA | | | |
| 177 | | 7/12/18 internal FAA email - AEG Operational Evaluation | | | |
| 178 | | 8/1/18 internal FAA email re: 737-8 BBJ evaluation of differences | | | |
| 179 | | Loffing resume | | | |
| 180 | | 11/4/18 Klein email to Greene - Forkner 3/30/16 MCAS email | | | |
| 181 | | 11/5/18 Klein email to Matzen, FAA et al re: Lion Air, update | | | |
| 182 | | 11/5/18 Klein email to Nantz, FAA et al re: Lion Air, updates | | | |

| Exhibit Number | Sponsoring Witness | Description Of Exhibit | Offered | Identified | Admitted |
|---|---|---|---|---|---|
| 183 | | 11/5/18 Klein email to Ripple re: 737 MAX QRH, AFM, FCTM | | | |
| 184 | | 11/6/18 Ball email forwarding 6/22/16 presentation re: MCAS "slide 8: Stabilizer Re-Sync describes functionality of MCAS for AOA failure" | | | |
| 185 | | 11/6/18 email re: MCAS Option - AOA Comparison Monitor | | | |
| 186 | | 11/6/18 Boeing OMB re: to emphasize procedures provided in Runaway Stabilizer NNC | | | |
| 187 | | 11/7/2018 Klein email to internal AEG re: Lion Air B-737-8 Update, Emergency AD | | | |
| 188A | | 11/8/18 email to Loffing with attachments | | | |
| 188B | | Attachment to 11/8/18 email – FAA Emergency AD | | | |
| 188C | | Attachment to 11/8/18 email – Safety Review Board | | | |
| 188D | | Attachment to 11/8/18 email – Safety Review Board minutes | | | |
| 189 | | 11/9/18 Loffing email FW 3/30/16 ppt re: Stall Mitigation recommended solutions | | | |
| 190 | | 11/9/18 American Airlines (AA) email re: compliance with FAA emergency AD | | | |
| 191A | | Mountcastle (SWA) documents related to MCAS – 11/11/18 email | | | |
| 191B | | Mountcastle (SWA) documents | | | |

| Exhibit Number | Sponsoring Witness | Description Of Exhibit | Offered | Identified | Admitted |
|---|---|---|---|---|---|
| | | related to MCAS- MCAS description | | | |
| 191C | | Mountcastle (SWA) documents related to MCAS – speed trim fail | | | |
| 191D | | Mountcastle (SWA) documents related to MCAS – slide re: speed trim fail | | | |
| 191E | | Mountcastle (SWA) documents related to MCAS – Nov 2015 Non Normals Procedure Validation | | | |
| 191F | | Mountcastle (SWA) documents related to MCAS – CSID | | | |
| 191G | | Mountcastle (SWA) documents related to MCAS – Ops Safety Risk Assessment | | | |
| 192 | | 11/12/18 email re: 737-8 Gen Fam engineering group MCAS presentations | | | |
| 193 | | 11/13/18 AA email re: WSJ | | | |
| 194 | | 11/14/18 Forkner email to Waltz re: AEG and MCAS | | | |
| 195 | | 11/15/18 AA email re: Any truth to this? | | | |
| 196 | | 11/17/18 email to Weaks re: Forbes article | | | |
| 197 | | 11/26/18 Boeing Statement Lion Air Flight 610 Update | | | |
| 198 | | 11/26/18 email to Loffing - PowerPoint used with FAA - 11/16/18 MCAS v. Speed Trim | | | |
| 199 | | 11/26/18 Cashdollar invite - | | | |

| Exhibit Number | Sponsoring Witness | Description Of Exhibit | Offered | Identified | Admitted |
|---|---|---|---|---|---|
| | | meeting re: Lion Air Progress Discussions | | | |
| 200 | | 11/27/18 Loffing email re: MCAS certification path actions, notes re: hazards | | | |
| 201 | | 11/29/18 email to Loffing, et al attaching FHA/SSA presentation | | | |
| 202 | | 11/29/18 Trevino email to Weaks re: Bloomberg statement | | | |
| 203A | | 767 FCOM MCAS – 11/30/18 chat | | | |
| 203B | | 767 FCOM MCAS – 12/17/18 email | | | |
| 203C | | 767 FCOM MCAS – 3/15/19 email | | | |
| 204 | | 12/3/18 email re: MAX simulator - AOA Failure/MCAS | | | |
| 205A | | 12/4/18 Loffing email FW MAX-8 foreign validation data | | | |
| 205B | | Attachment to 12/4/18 email: 11/30/18 email | | | |
| 205C | | Attachment to 12/4/18 email: presentation materials – full | | | |
| 205D | | Attachment to 12/4/18 email: presentation materials – excerpt | | | |
| 206A | | 737 NG/MAX Stabilizer Trim Control System Safety Analysis – full | | | |
| 206B | | 737 NG/MAX Stabilizer Trim Control System Safety Analysis – excerpt | | | |
| 207 | | 12/10/18 Takisaki email re: BASOO Oversight of 737-8 | | | |

| Exhibit Number | Sponsoring Witness | Description Of Exhibit | Offered | Identified | Admitted |
|---|---|---|---|---|---|
| 208 | | 12/12/18 email to Loffing FW Forkner/Klein emails re: MCAS | | | |
| 209 | | 12/14/18 Boeing "737 Flight Technical Integrated Project Plan" PowerPoint | | | |
| 210 | | 12/14/18 internal FAA email re: 12/14/18 meeting notes | | | |
| 211 | | 12/17/18 Loffing "MCAS Development and Certification Overview" PowerPoint | | | |
| 212 | | 12/18/18 email with notes of 12/17/18 Boeing/FAA meeting/Loffing presentation | | | |
| 213 | | 12/20/18 Klein email re: FAA COS Narrative relative to Lion Air Accident | | | |
| 214 | | 1/14/19 FAA/Boeing meeting minutes re: MCAS | | | |
| 215 | | 1/15/19 Klein email re: Flight Crew Operations briefing for Lion Air Accident Mitigation | | | |
| 216 | | 1/28/19 FAA email  re: 737-8 MCAS ATC Oversight | | | |
| 217 | | 2/4/19 Klein email  FW Training evaluation | | | |
| 218 | | 2/4/19 FAA Aviation Safety Memo from Phipps, prepared by Campanello re: AFS AEG Involvement in Boeing 737 "Max" Certification and subsequent Lion Air accident investigation | | | |
| 219 | | 1/30/19 Boeing letter to FAA re: Boeing position re: MCAS | | | |

| Exhibit Number | Sponsoring Witness | Description Of Exhibit | Offered | Identified | Admitted |
|---|---|---|---|---|---|
| 220 | | 2/12/19 Klein email re: response to NYT article and DeFazio talking points | | | |
| 221 | | 2/21/19 Klein email to Perkins "found a new PP" | | | |
| 222 | | 2/21/19 Klein email re: Flight Controls PP lost in my Outlook folders, attached | | | |
| 223 | | 2/26/19 Klein/Campanello chat | | | |
| 224 | | 2/26/19 Klein email re: draft comm brief to mgmt on AEG-FT MCAS Eval Challenges | | | |
| 225 | | 3/1/19 Boeing letter to FAA - 12/17/18 MCAS Development and Certification Overview presentation | | | |
| 226 | | Boeing "Safety Analyses" PowerPoint | | | |
| 227A | | 3/9/19 email to Loffing, Webb, et al re: MCAS Recognition | | | |
| 227B | | Attachment to 3/9/19 email | | | |
| 228 | | 3/10/19 Waltz (SWA) email re: POP Event Summary - Ethiopian Flight #302 | | | |
| 229 | | 3/10/19 AA email re: call with FAA | | | |
| 230 | | 3/11/19 Weaks email re: Ethiopian MAX | | | |
| 231 | | 3/11/19 Waltz email re: Leadership update: an Update on Ethiopian Airlines Flight 302 | | | |
| 232 | | 3/12/19 Weaks email re: Blast for tonight - Ethiopian Airlines | | | |

| Exhibit Number | Sponsoring Witness | Description Of Exhibit | Offered | Identified | Admitted |
|---|---|---|---|---|---|
| | | Flight 302 Update March 11 | | | |
| 233 | | 3/12/19 AA email re: Post Lion Air actions - B737-MAX | | | |
| 234 | | 3/12/19 Waltz email re: MAX update | | | |
| 235 | | 3/13/19 Allied Pilots President email to Weaks re: APA Remains Confident in Boeing MAX | | | |
| 236 | | 3/14/19 Klein email re: WashPost request | | | |
| 237 | | 3/14/19 email to Weaks - B737MAX info | | | |
| 238 | | 3/14/19 FAA letter to Boeing re: provisional approval Level B training | | | |
| 239 | | 3/15/19 APA email with News Digest re: 737 MAX Grounding | | | |
| 240 | | 3/18/19 Weaks email re: Leadership update: SWAPA and other Union Leaders meeting with SWA Management on MAX Grounding | | | |
| 241 | | 3/20/19 AA email re: WSJ: Inside US Airlines' Decisions to Keep Flying the 737 MAX | | | |
| 242 | | 3/22/19 Transport Canada (TCCA) letter provisionally approving Level B differences training | | | |
| 243 | | 3/25/19 email to Weaks re: Boeing Visit Trip report 3/23/19 | | | |
| 244 | | 3/25/19 Kline email re: FCC | | | |

| Exhibit Number | Sponsoring Witness | Description Of Exhibit | Offered | Identified | Admitted |
|---|---|---|---|---|---|
| | | 12.1 FFS Evaluation detailing Klein's flight of full flight simulator | | | |
| 245 | | Flight Test Certification Report 737-8 Stall Characteristics, Release Date: 11/6/17 | | | |
| 246 | | 3/28/19 Burrington email attaching Flight Controls CSID | | | |
| 247 | | 11/13/18 Sutherland (FAA) email CAAC Gen Fam presentation "more MCAS stuff" | | | |
| 248 | | 4/4/19 Weaks email re: Prelim report on 302 | | | |
| 249 | | 4/4/19 Weaks email re: Governmental Affairs Committee | | | |
| 250 | | 4/12/19 FAA PowerPoint for MAX Operators | | | |
| 251 | | 4/16/19 Ripple email re: review "analysis of 737MAX accidents" | | | |
| 252 | | 4/20/19 FAA internal email FW: 737 Training Options, forwarded Klein email | | | |
| 253 | | 5/1/19 FAA AEG 737MAX FSB Overview for Joint Authorities Technical Review Board | | | |
| 254 | | 5/24/19 Klein email to Schubbe FW: your thoughts? | | | |
| 255 | | 737-8 MAX MCAS Oversight Report, by FAA BASOO | | | |
| 256 | | 5/31/19 internal FAA email re: open issues/assessment of MCAS software | | | |

| Exhibit Number | Sponsoring Witness | Description Of Exhibit | Offered | Identified | Admitted |
|---|---|---|---|---|---|
| 257 | | 6/14/19 Ripple email to Stoney, Greene re: Full Stall Data | | | |
| 258A | | SWA differences spreadsheet - full | | | |
| 258B | | SWA differences spreadsheet – excerpt | | | |
| 259 | | 9/18/19 Greene email re: Greene comments NTSB Questions | | | |
| 260 | | 3/13/19 email re: APA Press Release | | | |
| 261 | | 2016 Loffing performance evaluation | | | |
| 262 | | 9/27/16 Boeing/FAA Meeting Minutes re: Stabilizer SSA | | | |
| 263 | | Flight Test Organization Plan of Test: T2 Test, 8/9/16 | | | |
| 264 | | 11/7/18 FAA Emergency Airworthiness Directive | | | |
| 265 | | 737MAX "Truth about Training" | | | |
| 266A | | SWA invoice (redacted) | | | |
| 266B | | SWA invoice (redacted) | | | |
| 267A | | SWA/Boeing - Purchase Agreement (full) | | | |
| 267B | | SWA/Boeing - Purchase Agreement (excerpt) | | | |
| 268 | | Aircraft General Terms Agreement SWA-AGTA between Boeing and SWA | | | |
| 269A | | Purchase Agreement between Boeing and American Airlines (full) | | | |
| 269B | | Purchase Agreement between | | | |

| Exhibit Number | Sponsoring Witness | Description Of Exhibit | Offered | Identified | Admitted |
|---|---|---|---|---|---|
| | | Boeing and American Airlines (excerpt) | | | |
| 270A | | American Airlines/Boeing Supplemental Agreement | | | |
| 270B | | American Airlines/Boeing Supplemental Agreement | | | |
| 270C | | American Airlines/Boeing Supplemental Agreement | | | |
| 270D | | American Airlines/Boeing Supplemental Agreement | | | |
| 270E | | American Airlines/Boeing Supplemental Agreement | | | |
| 270F | | American Airlines/Boeing Supplemental Agreement | | | |
| 270G | | American Airlines/Boeing Supplemental Agreement | | | |
| 270H | | American Airlines/Boeing Supplemental Agreement | | | |
| 270I | | American Airlines/Boeing Supplemental Agreement | | | |
| 270J | | American Airlines/Boeing Supplemental Agreement | | | |
| 270K1 | | American Airlines/Boeing Supplemental Agreement (full) | | | |
| 270K2 | | American Airlines/Boeing Supplemental Agreement (excerpt) | | | |
| 271 | | American Airlines/Boeing Aircraft General Terms Agreement | | | |
| 272 | | Boeing Invoices | | | |
| 272A | | AA invoice (redacted) | | | |
| 272B | | AA voucher | | | |

| Exhibit Number | Sponsoring Witness | Description Of Exhibit | Offered | Identified | Admitted |
|---|---|---|---|---|---|
| 272C | | AA invoice (redacted) | | | |
| 273A | | Forkner performance evaluations 2014 | | | |
| 273B | | Forkner performance evaluations - 2015 | | | |
| 273C | | Forkner performance evaluations-2016 | | | |
| 273D | | Forkner performance evaluations-2017 | | | |
| 273E | | Forkner performance evaluations-2018 | | | |
| 274A | | Boeing website "Ensuring Safety" – current | | | |
| 274B | | Boeing website "Ensuring Safety" – April 2016 | | | |
| 275 | | More Mark emails/chats | | | |
| 275A | | 1/26/12 Forkner email – "I lied it was April 95" | | | |
| 275B | | 10/18/13 Forkner email – "I lied . . . . Sorry for the confusion." | | | |
| 275C | | 4/3/14 Forkner email – "I lied" re: Warning Horn | | | |
| 275D | | 7/14/2014 Forkner email – "I lied" re: Word document | | | |
| 275E | | 2/4/2016 Forkner email – "I lied, they're from Monarch airlines, not TUI!" | | | |
| 275F | | 3/11/2016 Forkner email – "I lied about APU on Demand." | | | |
| 275G | | 4/3/17 Forkner chat – "I lied" re: not having powerpoint | | | |
| 275H | | 12/7/17 Forkner email – "I lied" re: course materials | | | |

| Exhibit Number | Sponsoring Witness | Description Of Exhibit | Offered | Identified | Admitted |
|---|---|---|---|---|---|
| 275I | | 4/13/18 – "I lied" re: rewards points | | | |
| 276A | | 4/6/16 Boeing org chart: 737 NG/MAX Engineering Leadership Team | | | |
| 276B | | 9/1/17 Boeing org chart: 737MAX Program – "ALIT/SEIT" | | | |
| 276C | | 7/25/17 Boeing org chart: Flight Technical & Safety | | | |
| 276D | | 7/14/15 Boeing org chart: Flight Services / Flight Training Technical & Safety | | | |
| 276E | | 10/24/17 Boeing org chart: Global Services | Training Services | | | |
| 277A | | 8/17/17 Forkner email – "Hopefully I can Jedi Mind Trick them into letting me start earlier" | | | |
| 277B | | 8/22/13 Forkner email – "You gotta love Jedi Mind Tricks" | | | |
| 277C | | 11/20/13 Forkner email – "Use your Jedi Mind Trick" | | | |
| 277D | | 2/4/14 Forkner email – "I am a Jedi Master" | | | |
| 277E | | 2/20/14 Forkner email – "Your jedi mind tricks worked!" | | | |
| 277F | | 5/7/14 Forkner email – "I can still use time to try Jedi mind tricks" | | | |
| 277G | | 10/21/14 Forkner email – "We'll do our best to jedi mind trick | | | |

| Exhibit Number | Sponsoring Witness | Description Of Exhibit | Offered | Identified | Admitted |
|---|---|---|---|---|---|
| | | everyone" | | | |
| 277H | | 6/8/15 Forkner email – "I'm good at Jedi Mind Tricks" | | | |
| 277I | | 10/5/15 Forkner email – "jedi mind trick this AB customer to flip on over to the Dark Side" | | | |
| 277J | | 8/17/17 Forkner email – "You're jedi mind tricks serve you well" | | | |
| 278A | | AT&T records: Forkner Boeing cell - 1/2016-1/2020 | | | |
| 278B | | AT&T records: Forkner Boeing cell – Int'l – 1/2016-1/2019 | | | |
| 278C | | AT&T records: Forkner Boeing cell – Wireline – 1/2016-1/2019 | | | |
| 278D | | AT&T records: Loffing desk; Loffing Boeing cell – Mobility – 11/2016-2/2017 | | | |
| 278E | | AT&T records: Loffing desk; Loffing Boeing cell – Wireline – 11/2016-2/2017 | | | |
| 278F | | AT&T records: Loffing desk; Loffing Boeing cell; Forkner desk; Forkner Boeing cell – Mobility – 1/2016-7/2018 | | | |
| 278G | | AT&T records: Loffing desk; Loffing Boeing cell; Forkner desk; Forkner Boeing cell – Int'l – 1/2016-7/2018 | | | |
| 278H | | AT&T records: Loffing desk; Loffing Boeing cell; Forkner desk; Forkner Boeing cell – Wireline – 1/2016-7/2018 | | | |
| 279A | | Pupo simulator coding commit: | | | |

| Exhibit Number | Sponsoring Witness | Description Of Exhibit | Offered | Identified | Admitted |
|---|---|---|---|---|---|
| | | "Changed reset to match IAC for start of trim conditions" | | | |
| 279B | | Simulator coding Commits master | | | |
| 279C | | 11/19/16 Pupo simulator coding commit | | | |
| 279D | | 12/2/16 MAX Simulation Binary Software Release Report | | | |
| 279E | | 12/15/16 MAX Simulation Binary Software Release Report | | | |
| 279F | | Pupo commit: "Removed MCAS test for TRU" | | | |
| 279G | | Pupo commit: "Tuning of MCAS for frame rate difference and yaw damper" | | | |
| 279H | | Pupo commit: "Removed last revision B1803" | | | |
| 279I | | Pupo commit: "Corrected input for aft column at" | | | |
| 279J | | Pupo commit: "Brake pedal calibration" | | | |
| 279K | | Pupo commit: "Go around update to Level D" | | | |
| 279L | | Pupo commit: "added MCAS class" | | | |
| 279M | | Pupo commit: sce files and autopilot update | | | |
| 279N | | Doug Reitz commit: "Activated MCAS feature (change from Vince/Michael" | | | |
| 279O | | Pupo commit: "Committing level D sce files" | | | |
| 279P | | Pupo commit: "ILC package | | | |

| Exhibit Number | Sponsoring Witness | Description Of Exhibit | Offered | Identified | Admitted |
|---|---|---|---|---|---|
| | | update for autopilot" | | | |
| 279Q | | Pupo commit: "Added MCAS update for ILC package" | | | |
| 279R | | Pupo commit: "adjusted mcas gain for flap change" | | | |
| 279S | | Pupo commit: "MCAS update for ILC, ivd sce files" | | | |
| 279T | | Michael S Chong commit: "Updates to Figures in MCas.h" | | | |
| 279U | | Pupo commit: "Corrected RCAS logic for timer" | | | |
| 279V | | Pupo commit: "Corrected logic for NO AUTOLAND message" | | | |
| 279W | | Pupo commit: "Updated Autothrottle software tables" | | | |
| 279X | | Pupo commit: "Reduced scuffing at low speeds" | | | |
| 279Y | | Pupo commit: "Added gain for experiment with on site MCAS stab issue" | | | |
| 279Z | | Pupo commit: "Added flight freeze for QTG test set up for MCAS" | | | |
| 279AA | | 11/15/16 MAX Simulation Binary Software Release Report | | | |
| 279AB | | 11/23/16 MAX Simulation Binary Software Release Report | | | |
| 279AC | | 11/28/16 MAX Simulation Binary Software Release Report | | | |
| 279AD | | 11/30/16 MAX Simulation Binary Software Release Report | | | |
| 279AE | | 12/9/16 MAX Simulation Binary Software Release Report | | | |

| Exhibit Number | Sponsoring Witness | Description Of Exhibit | Offered | Identified | Admitted |
|---|---|---|---|---|---|
| 279AF | | 12/12/16 MAX Simulation Binary Software Release Report | | | |
| 280A | | FAA Order – 4040.26B | | | |
| 280B1 | | FAA Order – 8110.4C (full) | | | |
| 280B2 | | FAA Order – 8110.4C (excerpt) | | | |
| 280C | | FAA Order – 8110.4C – Chg5 | | | |
| 280D | | FAA Order – 8110.4C – Chg6 | | | |
| 280E | | FAA Order – 8430.21A | | | |
| 280F | | FAA Order – 8900.1 | | | |
| 280G1 | | AC 25-7C (full) | | | |
| 280G2 | | AC 25-7C (excerpt) | | | |
| 280H | | AC 120-53B | | | |
| 280I | | AC 120-53B | | | |
| 280J | | 5 CFR 6001.104 | | | |
| 280K | | 2020 Airworthiness Directive | | | |
| 281A | | Official Report of the Special Committee to review the FAA's Aircraft Certification Process, 1/16/20 (full) | | | |
| 281B | | Official Report of the Special Committee to review the FAA's Aircraft Certification Process, 1/16/20 (excerpted) | | | |
| 282A | | U.S. Department of Transportation Office of Inspector General: Weaknesses in the FAA's Certification and Delegation Processes Hindered Its Oversight of the 737 MAX 8 (full) | | | |
| 282B | | U.S. Department of Transportation Office of Inspector General: Weaknesses | | | |

| Exhibit Number | Sponsoring Witness | Description Of Exhibit | Offered | Identified | Admitted |
|---|---|---|---|---|---|
| | | in the FAA's Certification and Delegation Processes Hindered Its Oversight of the 737 MAX 8 (excerpted) | | | |
| 283A | | 3/27/19 Elwell, FAA Acting Administrator, Senate testimony (full) | | | |
| 283B | | 3/27/19 Elwell, FAA Acting Administrator, Senate testimony (excerpted) | | | |
| 284A | | 5/15/19 Elwell, FAA Acting Administrator, House of Representatives testimony (full) | | | |
| 284B | | 5/15/19 Elwell, FAA Acting Administrator, House of Representatives testimony (excerpted) | | | |
| 285 | | 1/19/22 email from DOJ re: no specifically identified forfeitable property | | | |
| 286A | | NG/MAX EDFCS (Enhanced Digital Flight Control System) Safety Analysis, Doc. No. D241A018-12, Rev. L, 2/22/17 (full) | | | |
| 286B | | NG/MAX EDFCS (Enhanced Digital Flight Control System) Safety Analysis, Doc. No. D241A018-12, Rev. L, 2/22/17 (excerpted) | | | |
| 287A | | MAX Airplane Level Functional Hazard Assessment (FHA), Doc. No. D200A002, Rev. C, 2/21/17 | | | |

| Exhibit Number | Sponsoring Witness | Description Of Exhibit | Offered | Identified | Admitted |
|---|---|---|---|---|---|
|  |  | (full) |  |  |  |
| 287B |  | MAX Airplane Level Functional Hazard Assessment (FHA), Doc. No. D200A002, Rev. C, 2/21/17 (excerpted) |  |  |  |
| 288A |  | MAX Development Assurance Compliance Plan, Doc. No. D925A003-01, Rev. A 10/27/16 (full) |  |  |  |
| 288B |  | MAX Development Assurance Compliance Plan, Doc. No. D925A003-01, Rev. A 10/27/16 (excerpted) |  |  |  |
| 289A |  | 11/16/18 Perkins meeting invite |  |  |  |
| 289B |  | 11/16/18 FAA/Boeing meeting notes |  |  |  |

Respectfully submitted,

*/s/ Jeff Kearney*
JEFF KEARNEY
Texas Bar Number: 11139500
CATHERINE STANLEY
Texas Bar Number: 24110542
KEARNEY LAW FIRM
One Museum Place
3100 West 7th Street, Suite 420
Fort Worth, Texas 76107
jkearney@kearneylawfirm.com
cstanley@kearneylawfirm.com
Phone: 8l7-336-5600
Fax: 817-336-5610

*/s/ David Gerger*
David Gerger
State Bar No: 07816360
GERGER HENNESSY & MCFARLANE LLP
1001 Fannin, Suite 2450
Houston, Texas 77002
dgerger@ghmfirm.com
Phone: 713-224-4400
Fax: 713-224-5153

## *CERTIFICATE OF SERVICE*

I hereby certify this Exhibit List was electronically filed, and Assistant United States Cory Jacobs was electronically served via this Court's Electronic Filing System on the day of filing.

/s/_____
JEFF KEARNEY