AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

V.

MARK A. FORKNER

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 4:21-CR-268-O

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

Reed O'Connor, District Court Judge
Name and Title of Judge

3/23/2022
Date